■ WILLIAM H. GEORGE, Plaintiff, v. ALICE AVILES et al., Defendants. ALICE AVILES et al., Appellants, v. HELEN STRATIGOS, Respondent, et al., Defendant.— Judgment of the Supreme Court, Nassau County, dated February 10, 1966, reversed insofar as it is in favor of defendant Helen Stratigos, on the law; and, as against said defendant, action severed and new trial granted, with costs to abide the event. No questions of fact have been considered. In our opinion, in view of the physical points of impact upon the vehicles and the testimony concerning the observations or lack of observations of defendant Helen Stratigos, plaintiffs made out a prima facie case entitling them to have the jury decide the issues of negligence and contributory negligence. Beldock, P. J., Ughetta, Brennan, Hopkins and Benjamin, JJ., concur.

■ ALMA GOLDSON, Respondent, v. TRAVELER'S INSURANCE COMPANY, Appellant.— Order of Appellate Term, Second Judicial Department, dated March 18, 1966, and judgment of the Civil Court of the City of New York, Queens County, dated May 24, 1965, reversed, on the law and the facts, without costs, and complaint dismissed, on the law. Findings of fact contained in the trial court's decision and implicit in the majority decision at the Appellate Term are hereby reversed and new findings are made as indicated herein. Contrary to the finding of the trial court, we find that the evidence does not support plaintiff's contention that written notice of the accident was mailed to defendant on April 30, 1963. We find that the first written notice was mailed on July 29, 1963 and further, that such notice, six months after the occurrence of the accident, was not, under all the circumstances, given " as soon as was reasonably possible " and precludes recovery by plaintiff under the policy (*Appell* v. *Liberty Mut. Ins. Co.*, 22 A D 2d 906, affd. 17 N Y 2d 519; Insurance Law, § 167, subd. 1, pars. [c], [d]). Beldock, P. J., Ughetta, Brennan, Hopkins and Benjamin, JJ., concur.

■ In the Matter of the Estate of HARMON S. AUGUSTE, Deceased. COLONIAL FARBICS, INC., et al., Appellants; EDMUND W. BOKAT, as Executor of ESTELLE S. AUGUSTE, Deceased, et al., as Executors of HARMON S. AUGUSTE, Deceased, Respondents.— Decree of the Surrogate's Court, Westchester County, dated October 15, 1965, affirmed insofar as appealed from, upon the opinion of the learned Surrogate [52 Misc 2d 157], with one bill of costs to the respondent who filed a brief, payable by appellants personally. No opinion. Beldock, P. J., Ughetta, Christ, Hill and Benjamin, JJ., concur.